UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR420-081 |
| | ) | |
| EVANS CONCRETE, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case, involving allegations of violations of the Sherman Act, 15 U.S.C. § 1, *see* doc. 1 (Indictment), was assigned to the undersigned. On March 25, 2021, the parties jointly filed a notice informing the undersigned that a member of the undersigned's former law firm, William Hunter, represented a relator in a *qui tam* action concerning the conduct at issue in this prosecution. *See* doc. 121 at 1-2; *see also United States ex rel. Young v. LaFarge, S.A. et al.*, CV413-095, doc. 41 (S.D. Ga. June 29, 2017) (Order unsealing case). The notice indicates that Mr. Hunter represented the relator while the undersigned was a member of the firm. *See* doc. 121 at 1-2 (referring to "an October 19, 2017 letter" signed by Hunter concerning an interview "'in connection with the Antitrust Division's criminal investigation into possible violations of the

Sherman Act, 15 U.S.C. § 1.'"). Because of that connection, and to avoid any appearance of impropriety, I recuse. The Clerk is **DIRECTED** to forward a copy of this order to the assigned District Judge for reassignment.

    **SO ORDERED**, this 26th day of March, 2021.

                                              _____
                                              Christopher L. Ray
                                              United States Magistrate Judge
                                              Southern District of Georgia