IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 420-081 |
| | ) | |
| EVANS CONCRETE, LLC | ) | |
| JOHN DAVID MELTON | ) | |
| TIMOTHY TOMMY STRICKLAND | ) | |

**O R D E R**

The Court **GRANTS** Defendants' motions to file under seal their reply briefs in support of the motions to dismiss and the motion for a bill of particulars. (Doc. nos. 250, 257.) Sealing shall only extend to the contents of the filings and not the identity of the filers or titles of the filings. Permanent sealing is necessary under Fed. R. Crim. P. 6. The Court approves Defendants' proposed redactions and **ORDERS** them to file the redacted reply briefs on the docket by September 9, 2022.

SO ORDERED this 7th day of September, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA