IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 420-081 |
| | ) | |
| EVANS CONCRETE, LLC | ) | |
| JAMES CLAYTON PEDRICK | ) | |
| GREGORY HALL MELTON | ) | |
| JOHN DAVID MELTON | ) | |
| TIMOTHY TOMMY STRICKLAND | ) | |

**O R D E R**

Because Defendant Pedrick seeks, in his Motion to Compel Production of Redacted Evidence, disclosure of redactions made by Argos USA, LLC ("Argos") under a claim of attorney-client privilege, (doc. no. 192), the Court **ORDERS** Argos to respond to the motion on or before December 16, 2022. The Court **DIRECTS** the **CLERK** to mail a copy of said motion, the government's response, (doc. no. 242), and this Order to Argos' counsel and registered agents, at the following addresses:

Corporation Service Company
2 Sun Court
Suite 400
Peachtree Corners, GA, 30092

Nicholas J. Giles
McGuire Woods LLP
800 East Canal Street
Richmond, VA 23219

Mark Prybylski
Argos USA, LLC
3015 Windward Plaza
Suite 200
Alpharetta, GA, 30005

J. Brent Justus
McGuireWoods, LLP
800 East Canal Street
Richmond, VA 23219

The Court further directs the Clerk to email a copy of the same to Argos' counsel at bjustus@mcguirewoods.com and ngiles@mcguirewoods.com.

SO ORDERED this 18th day of November, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA