IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 420-081 |
| | ) | |
| EVANS CONCRETE, LLC | ) | |
| JAMES CLAYTON PEDRICK | ) | |
| GREGORY HALL MELTON | ) | |
| JOHN DAVID MELTON | ) | |
| TIMOTHY TOMMY STRICKLAND | ) | |

**O R D E R**

Objections to each Report and Recommendation entered on April 20, 2023, must be filed by no later than May 8, 2023, must specify each proposed finding of fact and conclusion of law to which objection is made, must state the bases for each such objection, and must be served upon all parties.  Failure to file objections by this deadline may result in these Report and Recommendations becoming the opinion and order of the Court.  Devine v. Prison Health Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*).  Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion.  11th Cir. R. 3-1.  The Clerk will submit these Report and Recommendations together with any objections to United States District Judge R. Stan Baker on May 9, 2023.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned.  A party may not appeal these Report and

Recommendations directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment.

    SO ORDERED this 20th day of April, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA