# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 4:20-CR-081 |
| | ) | |
| **EVANS CONCRETE, LLC** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through undersigned counsel and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charge pending in the above-captioned case against the defendant. A copy of the plea agreement will be provided to the Court for its consideration.

The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

 /s/ Patrick Brown
Patrick S. Brown
Julia M. Maloney
Trial Attorneys
U.S. Department of Justice, Antitrust Division
Washington Criminal II Section
450 Fifth Street NW
Washington, DC 20530
Tel: (202) 374-0178
Email: patrick.brown2@usdoj.gov

*/s/ Greg Gilluly*
E. Gregory Gilluly, Jr.
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of Georgia
22 Barnard Street, Suite 300
Savannah, Georgia 31401
Tel: (912) 652-4422
Email: greg.gilluly@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all counsel of record in this case in accordance with the notice of electronic filing which was generated as a result of electronic filing in this Court.

Submitted this 12th day of March, 2024.

                                            /s/ Patrick Brown
                                            Patrick S. Brown
                                            Trial Attorney
                                            U.S. Department of Justice, Antitrust Division
                                            Washington Criminal II Section
                                            450 Fifth Street NW
                                            Washington, DC 20530
                                            Tel: (202) 374-0178
                                            Email: patrick.brown2@usdoj.gov