## EVANS CONCRETE, LLC – COMPANY OFFICER'S CERTIFICATE

I have read the Plea Agreement and carefully reviewed every part of it with outside counsel for Evans Concrete, LLC (the "Company"). I understand the terms of the Plea Agreement and voluntarily agree, on behalf of the Company, to each of its terms. Before signing this Plea Agreement, I consulted outside counsel for the Company. Counsel fully advised me of the rights of the Company, possible defenses, the Sentencing Guidelines provisions, and the consequences of entering into this Plea Agreement.

I have carefully reviewed the terms of this Plea Agreement with the Board of Directors of the Company. I have advised and caused outside counsel for the Company to advise the Board of Directors fully of the rights of the Company, the Sentencing Guidelines provisions, and the consequences of entering into the Plea Agreement.

No promises or inducements have been made other than those contained in this Plea Agreement. Furthermore, no one has threatened or forced me, or to my knowledge any person authorizing this Plea Agreement on behalf of the Company, in any way to enter into this Plea Agreement. I am also satisfied with outside counsel's representation in this matter. I certify that I am the President of the Company and that I have been duly authorized by the Company to execute this Plea Agreement on behalf of the Company.

15

_____
Initials of Defendant's
Corporate Representative

Date: March 8, 2024

EVANS CONCRETE, LLC

By: _____
Timothy Tommy Strickland
President

16

Initials of Defendant's
Corporate Representative

## EVANS CONCRETE, LLC – CERTIFICATE OF COUNSEL

I am counsel for EVANS CONCRETE, LLC (the "Company") in the matter covered by this Plea Agreement. In connection with such representation, I have examined relevant Company documents and have discussed the terms of this Plea Agreement with the Company Board of Directors. Based on our review of the foregoing materials and discussions, I am of the opinion that the representative of the Company has been duly authorized to enter into this Plea Agreement on behalf of the Company and that this Plea Agreement has been duly and validly authorized, executed, and delivered on behalf of the Company and is a valid and binding obligation of the Company. Further, I have carefully reviewed the terms of this Plea Agreement with the Board of Directors and the President of the Company. I have fully advised them of the rights of the Company, possible defenses, the Sentencing Guidelines provisions, and the consequences of entering into this Plea Agreement. To my knowledge, the decision of the Company to enter into this Plea Agreement, based on the authorization of the Board of Directors, is an informed and voluntary one.

Date: Mar. 9, 2024

By: _R. Brian Tanner_ (signature)
R. Brian Tanner
Daniel P. Griffin
Griffin Durham Tanner & Clarkson LLC

Counsel for EVANS CONCRETE, LLC

17

_JS._ (initials)
Initials of Defendant's Corporate Representative

## **RESOLUTION OF BOARD OF DIRECTORS OF EVANS CONCRETE, L.L.C.**

WHEREAS, EVANS CONCRETE, L.L.C. ("the Company") has been engaged in discussions with the United States Department of Justice, Antitrust Division, and the United States Attorney's Office for the Southern District of Georgia, regarding the case of *United States v. Evans Concrete, LLC, et al.*, No. 4:20-CR-081;

WHEREAS, in order to resolve such discussions, it is proposed that the Company enter into a Plea Agreement with the United States (the "Agreement");

WHEREAS, legal counsel for the Company have advised this Board of Directors of the Company's rights, possible defenses, the applicable provisions of the United States Sentencing Guidelines, and the consequences of entering into the Agreement.

Therefore, the Board of Directors has RESOLVED that:

1. The Company shall enter into the Agreement with the United States;

2. The Company accepts and will comply with all of the terms and conditions contained in the Agreement;

3. The President of the Company, Timothy Tommy Strickland, is hereby authorized, empowered, and directed, on behalf of the Company, to execute the Agreement substantially in such form as reviewed by this Board of Directors;

4. The President of the Company, Timothy Tommy Strickland, is hereby authorized, empowered, and directed to take any and all actions as may be necessary or appropriate and to approve the forms, terms, or provisions of any agreement or

other documents as may be necessary or appropriate, to carry out and effectuate the purpose and intent of the foregoing resolutions; and

5. All of the actions of the President of the Company, Timothy Tommy Strickland, which actions would have been authorized by the foregoing resolutions except that such actions were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved, and adopted as actions on behalf of the Company.

Date: February 29, 2024.

By: *[signature]*

Name: *Timothy Strickland*

Title: *President*

EVANS CONCRETE, L.L.C.